FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2020

SEAN F. McAVOY, CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CONNOR S.[1], | No. 1:19-CV-03225-MKD |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| vs. | |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | **ECF Nos. 17, 21** |
| Defendant. | |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 21,

requesting remand of the above-captioned matter to the Commissioner for

additional administrative proceeding pursuant to sentence four of 42 U.S.C. §

405(g).  Attorney D. James Tree represents Plaintiff.  Attorney L. Jamala Edwards

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned

identifies them by only their first names and the initial of their last names. *See*

LCivR 5.2(c).

ORDER - 1

1    represents Defendant.  The parties have consented to proceed before a magistrate

2    judge.  ECF No. 8.

3          After consideration, **IT IS HEREBY ORDERED** that:

4          1. The parties' Stipulated Motion for Remand, **ECF No. 21**, is **GRANTED**.

5          2. The above-captioned case be **REVERSED** and **REMANDED** to the

6    Commissioner of Social Security for further administrative proceeding pursuant to

7    sentence four of 42 U.S.C. § 405(g).

8          On remand, the parties stipulate that the ALJ will:

9          (1) Offer Plaintiff the opportunity to submit additional evidence and
              arguments;
10         (2) Further evaluate the opinion evidence as a whole;
           (3) Further evaluate all of Plaintiff's impairments at step two, but in
11             particular his shoulder and arm impairments;
           (4) Continue with the sequential evaluation process and reassess Plaintiff's
12             RFC;
           (5) Per the 2016 remand order, seek supplemental vocational expert
13             evidence;
           (6) If a fully favorable decision cannot be granted on the record, give
14             Plaintiff an opportunity for a de novo hearing; and
           (7) Issue a new decision.
15
    ECF No. 21 at 2.
16
          3. Judgment shall be entered for **PLAINTIFF**.
17
          4. Plaintiff's Motion for Summary Judgment, **ECF No. 17**, is **STRICKEN**
18
    **AS MOOT**.
19
    //
20
    //


    ORDER - 2

1    5. Upon proper presentation, this Court consider Plaintiff's application for

2 fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

3    The District Court Executive is directed to enter this Order, **enter**

4 **Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

5    DATED April 20, 2020.

            <u>s/Mary K. Dimke</u>
6            MARY K. DIMKE
        UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER - 3